IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. NABONNE, | |
| Petitioner, | CV F 05 1093 OWW WMW HC |
| vs. | FINDINGS AND RECOMMENDATIONS RE DISMISSAL OF PETITION WITHOUT PREJUDICE |
| WARDEN, NORTH KERN STATE PRISON, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Rule 4 of the Rules Governing § 2254 Cases requires the Court to make a preliminary review of each petition for writ of habeas corpus. The Court must dismiss a petition "[i]f it plainly appears from the face of the petition . . . that the petitioner is not entitled to relief in the district court." Rule 4 of the Rules Governing 2254 Cases; see, also, Hendricks v. Vasquez, 908 F.2d 490 (9th Cir. 1990).

A federal court may only grant a petition for writ of habeas corpus if the petitioner can show that "he is in custody in violation of the Constitution . . . ." 28 U.S.C. § 2254(a).

1

1  "According to traditional interpretation, the writ of habeas corpus is limited to attacks upon
2  the legality or duration of confinement." Crawford v. Bell, 599 F.2d 890, 891 (9th Cir. 1979)
3  *citing*, Preiser v. Rodriguez, 411 U.S. 475, 484-86 (1973); Advisory Committee Notes to
4  Rule 1 of the Rules Governing Section 2254 Cases. Petitioner's allegations, however, do not
5  make such attacks. Petitioner instead alleges inadequate medical care that violates his rights
6  under the Eighth Amendment. Petitioner's claims challenge the conditions of his
7  confinement, not the fact or duration of that confinement. Thus, the court finds that his
8  claims are not appropriate for habeas corpus relief. Challenges to the conditions of
9  confinement are more appropriately raised in civil rights action filed pursuant to 42 U.S.C.
10 § 1983. Badea v. Cox, 931 F.2d 573, 574 (9th Cir. 1991); Crawford v. Bell, 599 F.2d at 891-
11 92 (9th Cir. 1979).

12    Based on the foregoing, IT IS HEREBY RECOMMENDED that this action be
13 dismissed without prejudice to Petitioner's right to file an appropriate civil rights action
14 raising the same claims raised in the present petition.

15    These Findings and Recommendation are submitted to the assigned United States
16 District Court Judge, pursuant to the provisions of 28 U.S.C. section 636 (b)(1)(B) and Rule
17 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of
18 California. Within thirty (30) days after being served with a copy, any party may file written
19 objections with the court and serve a copy on all parties. Such a document should be
20 captioned "Objections to Magistrate Judge's Findings and Recommendation." Replies to the
21 objections shall be served and filed within ten (10) court days (plus three days if served by
22 mail) after service of the objections. The court will then review the Magistrate Judge's
23 ruling pursuant to 28 U.S.C. § 636 (b)(1)(C). The parties are advised that failure to file
24 objections within the specified time may waive the right to appeal the District Court's order.
25
26

IT IS SO ORDERED.

**Dated:     November 4, 2005**                    **/s/  William M. Wunderlich**
j14hj0                                                                  UNITED STATES MAGISTRATE JUDGE